UNITED STATES of America,
Plaintiff–Appellee

v.

Jorge Oswaldo PEREZ–TOJ,
Defendant–Appellant.

No. 10–40053
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Jorge Oswaldo Perez–Toj, Pollock, LA, pro se.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Oswaldo Perez–Toj has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Perez–Toj has filed a response. The record is insufficiently developed to allow consideration at this time of Perez–Toj's claims of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the

allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Perez–Toj's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.